UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. H., et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>           Defendant. | Case No. 23-cv-04784-WHO<br><br>**ORDER DENYING MOTION TO CONSOLIDATE**<br><br>Re: Dkt. No. 74 |

Defendant moves to consolidate this action with the claims asserted against in *In re Meta Pixel Healthcare Litigation*, Case No. 3:22-cv-03580-WHO (N.D. Cal.) ("*In re Meta*"). Dkt. No. 74. Plaintiffs in this action – who are not users of Meta's Facebook platform – oppose, as do the Lead Plaintiffs in the *In re Meta* – who represent classes of Facebook users. *See* Dkt. Nos. 75, 76.

The motion to consolidate is DENIED.[1] Consolidation will not achieve significant efficiencies and could instead create complexities. This case is already related to *In re Meta* and with the cooperation of all counsel, I expect this case will benefit from the discovery being taken in *In re Meta* while it proceeds apace on its own track.[2]

**IT IS SO ORDERED.**

Dated: August 30, 2024

William H. Orrick
United States District Judge

---

[1] This motion is appropriate for resolution on the papers. The September 4, 2024 hearing is VACATED. *See* Civ. L. R. 7-1(b).

[2] To the extent counsel believe further efficiencies can be secured, *e.g.*, setting Case Management Conference or other deadlines consistently between the two cases, they should feel free to file stipulations or administrative motions to that effect.