# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 1, 2025 | **Time:** 26 minutes<br>10:29 a.m. to 10:55 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-04784-WHO | **Case Name:** H. v. Meta Platforms, Inc. | |

**Attorneys for Plaintiff:** Abigail Burman and Lance Oliver
**Attorneys for Defendant:** Lauren Goldman and Trenton Van Oss

**Deputy Clerk:** Jean Davis            **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Hearing on Motion to Amend/Correct Complaint conducted via videoconference. Argument of counsel heard. Counsel are directed to meet and confer following the conference regarding the data regarding documents Meta has already agreed to produce from the Meta Pixel Healthcare litigation. The motion is taken under submission; written order to follow.