UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. H., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 23-cv-04784-WHO (VKD)<br><br>**ORDER RE DISCOVERY SCHEDULE**<br><br>Re: Dkt. No. 116 |

On April 14, 2025, the parties filed a joint status report regarding the collection and production of ESI. Dkt. No. 116. Following that submission, the parties appeared before the presiding judge for a case management conference on April 22, 2025. Dkt. No. 118.

The parties' April 14, 2025 scheduling proposal for their respective document productions does not appear to comply with the case management schedule entered by the presiding judge, which sets the close of fact discovery on September 11, 2025. *See* Dkt. No. 71. The Court requests that the parties re-file a proposed ESI production schedule that complies with the September 11, 2025 fact discovery deadline. In addition, the parties may wish to include in their schedule dates for the completion of other discovery (interrogatory responses, depositions, etc.), consistent with the presiding judge's directions during the April 22, 2025 case management conference.

The Court asks the parties to file their agreed or respective proposed document/discovery schedules by **April 29, 2025**.

**IT IS SO ORDERED.**

Dated: April 23, 2025

Virginia K. DeMarchi
United States Magistrate Judge