# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| E.H. and C.S., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>.<br><br>META PLATFORMS, INC.,<br><br>    . | : 3:23-cv-04784-WHO<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL**<br><br>Action Filed:  September 18, 2023<br><br>Judge:        Hon. William H. Orrick |

The substitution of counsel in the above-captioned matters is hereby approved **SO ORDERED**.

Elizabeth A. Kramer (CA Bar No. 293129) of Erickson Kramer Osborne LLP is substituted as counsel of record in place of attorneys James M. Wagstaffe and Steven J. Adamski.

Firm Name: Erickson Kramer Osborne LLP.

Address: 44 Tehama St. San Francisco, California 94105

Telephone: 415.635.0631

Email: elizabeth@eko.law

Dated: May 12, 2025_____

_____
Hon. Judge William H. Orrick
United States District Court Judge