GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, # 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

MOTELY RICE LLC
Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
Abigail Burman (*pro hac vice*)
aburman@motleyrice.com
401 9th Street NW Suite 630
Washington DC 20004
Telephone: (202) 386-9610

Mathew Jasinski (*pro hac vice*)
mjasinski@motleyrice.com
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103

Lance Oliver (*pro hac vice*)
Max Gruetzmacher (*pro hac vice*)
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
loliver@motleyrice.com
mgruetzmacher@motleyrice.com

ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP
James M. Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
Steven J. Adamski (SBN 103977)
adamski@ammcglaw.com
6633 Bay Laurel Place
Avila Beach, CA
Telephone: (805) 543-0990

*Attorneys for E.H. and C.S., on behalf of themselves and all others similarly situated*



IT IS SO ORDERED
Virginia K. DeMarchi
Judge Virginia K. DeMarchi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.H. and C.S., *on behalf of themselves and all others similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 3:23-cv-4784-WHO (VKD)<br>ORDER GRANTING<br>**FURTHER JOINT STATEMENT**<br>**REGARDING CASE SCHEDULE**<br><br>Re:  Dkt. No. 133 |

In its April 23, 2025 Order Re Discovery Schedule, this Court noted that the parties' April 14, 2025 scheduling proposal "[did] not appear to comply with the case management schedule entered by the presiding judge, which sets the close of fact discovery on September 11, 2025." ECF 116. The Court thus instructed the parties to "re-file a proposed ESI production schedule that complies with the September 11, 2025 fact discovery deadline" by April 29, 2025. *Id.*

On April 29, 2025, the parties submitted a Joint Statement Regarding Case Schedule indicating that they were negotiating a proposed extension of the case schedule, including an extension of the September 15, 2025 fact discovery deadline, and requesting that they be permitted to re-file a proposed discovery schedule to the Court after the new case schedule was set. ECF 125. On April 30, 2025, the Court granted the parties' request, and instructed the parties to "file their proposed discovery schedule no later than 7 days after the presiding judge acts on their anticipated request to extend the case schedule." ECF 126.

On May 6, 2026, the parties submitted a stipulation and proposed order extending the case schedule, ECF 127, which was entered by Judge Orrick on May 8, 2025, ECF 128. Among other things, the revised case schedule sets the close of fact discovery for March 26, 2026. *See* ECF 128 at 3.

In light of the foregoing, the parties submit the following discovery schedule. The parties have noted, for reference, any discovery-related deadlines that have already been entered by Judge Orrick pursuant to ECF 128. Deadlines in bold are additional proposed discovery deadlines which have not yet been entered.

| Event | Proposed or Entered Deadline |
|---|---|
| Deadline for substantial completion of Meta's production of documents from the *Healthcare* case | May 21, 2025 (ECF 128) |
| Deadline for Meta to begin rolling production of final deposition transcripts (for depositions of Meta witnesses) from the *Healthcare* case[1] | **May 21, 2025** |
| Deadline for substantial completion of Meta's production of data from the *Healthcare* case | June 6, 2025 (ECF 128) |

---

[1] Meta reserves its right to challenge the production of individual transcripts in accordance with Judge Orrick's guidance at the April 22, 2025 Case Management Conference. If Meta does challenge the production of any transcripts, Meta will notify plaintiffs within one week of the transcript being finalized, so that the parties can meet and confer accordingly. The notification shall include the full factual basis necessary to evaluate Meta's objection.

| Event | Proposed or Entered Deadline |
|---|---|
| Deadline for plaintiffs to respond to Meta's First Set of Requests for Production, dated April 4, 2025 ("Meta's First Set of RFPs") | **June 6, 2025** |
| Deadline for plaintiffs to disclose ESI data sources applicable to Meta's First Set of RFPs | **June 6, 2025** |
| Deadline for substantial completion of Meta's production of documents produced by any applicable third parties in the *Healthcare* case | June 16, 2025 (ECF 128) |
| Deadline for substantial completion of Meta's production of final deposition transcripts (for depositions of Meta witnesses) from the *Healthcare* case[2] | **June 16, 2025** |
| Deadline for plaintiffs to disclose search terms and hit reports, as applicable, for Meta's First Set of RFPs | **July 28, 2025** |
| Deadline for Meta to respond to plaintiffs' proposed search terms, as applicable, for Meta's First Set of RFPs | **August 4, 2025** (unless the parties agree otherwise) |
| Deadline for plaintiffs to serve any supplemental discovery requests following their review of the *Healthcare* production | August 11, 2025 (ECF 128) |
| Deadline for the parties to meet and confer regarding disputes, if any, concerning the search terms, as applicable, for Meta's First Set of RFPs | **August 12, 2025** (unless the parties agree otherwise) |
| Deadline for Meta to disclose additional custodians and/or ESI data sources, if any, applicable to any supplemental discovery requests to Meta | **September 10, 2025** |
| Deadline for the parties to reach agreement/conclude negotiations regarding the scope of any supplemental discovery requests to Meta | **September 24, 2025** |
| Deadline for Meta to disclose search terms and hit reports, as applicable, for any supplemental discovery requests to Meta | **October 22, 2025** |
| Deadline for plaintiffs to respond to Meta's proposed search terms applicable to any supplemental discovery requests to Meta | **October 27, 2025** (unless the parties agree otherwise) |
| Deadline for the parties to meet and confer regarding disputes, if any, concerning the search terms applicable to any supplemental discovery requests to Meta | **October 31, 2025** (unless the parties agree otherwise) |
| Deadline for completion of plaintiffs' document productions in response to Meta's First Set of RFPs | December 6, 2025 (ECF 128) |
| Deadline for completion of document productions in response to any supplemental discovery requests by either party | February 2, 2026 (ECF 128) |

---

[2] Depositions in the *Healthcare* case remain ongoing. Consequently, not all final deposition transcripts will be available by the proposed June 16, 2025 deadline. Therefore, deposition transcripts that are finalized after June 16, 2025 will be produced two weeks after they are finalized, unless the parties agree to extend the deadline for a particular deposition.

| Event | Proposed or Entered Deadline |
|---|---|
| Completion of Fact Discovery | March 16, 2026 (ECF 128) |
| Close of Expert Discovery | December 22, 2026 (ECF 128) |

Dated: May 15, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ Lauren Goldman
       Lauren Goldman

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:      (212) 351-4000
Facsimile:      (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:      (415) 393-8200
Facsimile:      (415) 393-8306

*Attorneys for Meta Platforms, Inc.*

Dated: May 15, 2025

**MOTLEY RICE LLC**

By:  /s/ Abigail Burman
       Abigail Burman

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
Abigail Burman (*pro hac vice*)
aburman@motleyrice.com
401 9th Street NW Suite 630
Washington DC 20004
Telephone: (202) 386-9610

Mathew Jasinski (*pro hac vice*)
mjasinski@motleyrice.com
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103

Lance Oliver (*pro hac vice*)

Max Gruetzmacher (*pro hac vice*)
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
loliver@motleyrice.com
mgruetzmacher@motleyrice.com

**ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP**

James M. Wagstaffe (SBN 95535)
wagstaffe@ammcglaw.com
Steven J. Adamski (SBN 103977)
adamski@ammcglaw.com
6633 Bay Laurel Place
Avila Beach, CA
Telephone: (805) 543-0990

James M. Wagstaffe, SBN 95535
wagstaffe@wvbrlaw.com
Frank Busch, SBN 258288
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900

*Attorneys for E.H. and C.S., on behalf of themselves and
all others similarly situated*

### CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.


Dated: May 15, 2025                              By:    */s/ Lauren Goldman*